UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION, CIVIL NO. 02-391 (DSD/JMM)

Plaintiff,

v. **ORDER**

ABBAI COMPUTER SERVICES, INC.
and NEGATU MEKURIA,

Defendants.

The above matter came on before the undersigned upon the Stipulation and Order for Extension of Time to Answer, Move or Otherwise Plead. The Court will treat this document as a Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Stipulation/Motion and Order for Extension of Time to Answer, Move or Otherwise Plead is denied without prejudice.

Dated: March 12, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Defendants are not represented by counsel authorized to practice before this Court. The Motion is denied, but without prejudice

J.M.M.

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK