**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff,

v.

ABBAI COMPUTER SERVICES, INC., a Minnesota corporation; and NEGATU MEKURIA, an individual,

Defendants.

Case No. 02-CV-391 DSD/JMM

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

---

**STIPULATION**

Plaintiff, and defendants by and through their counsel hereby stipulate and agree that defendants ABBAI Computer Services, Inc. and Negatu Mekuria, shall have until March 29, 2002, to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: March 22, 2002

FAEGRE & BENSON LLP

By [signature]

Felicia J. Boyd #186168
Kara L. Benson #248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000

Attorneys for Plaintiff
MICROSOFT CORPORATION

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

DATED: March 22, 2002

PATTERSON, THUENTE, SKAAR
& CHRISTENSEN, P.A.

By: ______________________
Thomas G. Dickson #245410
Casey A. Kniser #262377
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-5740

Attorneys for Defendants
ABBAI COMPUTER SERVICES,
INC. and Negatu Makuria

**ORDER**

Based on the foregoing Stipulation, ABBAI Computer Services, Inc. and Negatu Makuria shall have until March 29, 2002, to answer, move or otherwise plead in response to the Complaint served in the above-captioned action.

DATED: Mar 25, 2002

______________________
The Honorable JOHN M. MASON
United States Magistrate Judge

80349.1