UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICROSOFT CORPORATION, | Civil No. 02-CV-391 DSD/SRN |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |
| ABBAI COMPUTER SERVICES, INC., a Minnesota corporation; and NEGATU MEKURIA, an individual, | |
| Defendants. | |

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, an individual (collectively, "Defendants") have settled the above-captioned matter;

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants; and

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, the Settlement Agreement and Release between Microsoft and Defendants.

FILED OCT 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

**IT IS SO STIPULATED.**

Dated: _Sept 9_, 2002

FAEGRE & BENSON LLP

_/s/ Felicia J. Boyd_
Felicia J. Boyd, # 186168
Kara L. Benson, # 248290

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Dated: _Sept 04_, 2002

PATTERSON, THUENTE, SKAAR & CHRISTENSEN

By _/s/ Thomas Dickson_
Thomas Dickson, # 245410
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349 3004

Attorney for Defendants
ABBAI COMPUTER SERVICES, INC. and Negatu Mekuria

M2:20482677.01

2

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement between Microsoft and Defendants

Dated: September 27, 2002

UNITED STATES DISTRICT JUDGE

M2:20482677.01



FARMERS INSURANCE GROUP OF COMPANIES

TRUCK INSURANCE EXCHANGE
AURORA SERVICE CENTER
P.O. BOX 948
AURORA, IL 60507-0948

SALN: CU - 040464
Issuing BCO cu

Check Number 821606554
62-20
311

Drawn on: Citibank Delaware
ONE PENN'S WAY
NEW CASTLE, DE 19720

PAY   FORTY THOUSAND AND NO/100 DOLLARS

NOT GOOD AFTER SIX MONTHS

To the order of   MICROSOFT CORP
*****************

Date 08/29/02
Amount $40,000.00******

by [signature]

"821606554"  :031100209:  387387499"

CLAIMANT/PATIENT: CORPORAT MICROSOFT
INSURED:   ERVICES ABBAI COMPUTER S
DATE OF LOSS:  09/22/99
SALN:   CU 040464
CHECK NO.:  821606554
PAYMENT UNDERINSURED'S   BODILY INJURY

USER ID:
CRID:  YCU2CK
         5505