UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION,

Plaintiff,

v.

ABBAI COMPUTER SERVICES, INC., a Minnesota corporation; and NEGATU MEKURIA, an individual,

Defendants.

Civil No. 02-CV-391 DSD/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, an individual (collectively, "Defendants") have settled the above-captioned matter;

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants; and

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, the Settlement Agreement and Release between Microsoft and Defendants.

FILED OCT 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**IT IS SO STIPULATED.**

Dated: Sept 9, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd

Felicia J. Boyd, # 186168
Kara L. Benson, # 248290

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Dated: Sept 04, 2002

PATTERSON, THUENTE, SKAAR & CHRISTENSEN

By Thomas Dickson

Thomas Dickson, # 245410
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349 3004

Attorney for Defendants
ABBAI COMPUTER SERVICES, INC. and
Negatu Mekuria

M2:20482677.01

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Defendants ABBAI Computer Services, Inc., a Minnesota corporation, and Negatu Mekuria, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement between Microsoft and Defendants

Dated: September 27, 2002

UNITED STATES DISTRICT JUDGE

M2:20482677.01

FARMERS INSURANCE GROUP OF COMPANIES

FARMERS INSURANCE GROUP
Symbol of Superior Service

62-20
311

TRUCK INSURANCE EXCHANGE
AURORA SERVICE CENTER
P.O. BOX 948
AURORA, IL 60507-0948

SALN: CU - 040464

Issuing BCO CU

Check Number **8216065544**

Drawn on: Citibank Delaware
ONE PENN'S WAY
NEW CASTLE, DE 19720

Date 08/29/02

**PAY** FORTY THOUSAND AND NO/100 DOLLARS

NOT GOOD AFTER SIX MONTHS

Amount $40,000.00*****

To the order of MICROSOFT CORP
**************

by

⑈8216065544⑈ ⑆031100209⑆ 38738799⑈

23- 122 07-01 120001

23-1122 07-01 120001

CLAIMANT/PATIENT: CORPORAT MICROSOFT

INSURED: ERVICES ABBAI COMPUTER S
DATE OF LOSS: 09/22/99
SALN: CU 040464
CHECK NO.: 8216065544
PAYMENT UNDER INSURED'S BODILY INJURY

USER ID:
CRID: YCU2CK
5505