UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION,

Plaintiff,

v.

ABBAI COMPUTER SERVICES, INC., a Minnesota corporation; and NEGATU MEKURIA, an individual,

Defendants.

Civil No. 02-CV-391 DSD/SRN

**STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS; ORDER THEREON**

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants ABBAI Computer Services, Inc., a Minnesota corporation; and Negatu Mekuria, an individual (collectively, "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

**(1) 1,200,236 ("MICROSOFT");**

**(2) 1,256,083 ("MICROSOFT")**

**(3) 1,816,354 (WINDOWS FLAG LOGO);**

**(4) 1,872,264 ("WINDOWS");**

**(5) 1,815,350 (COLORED WINDOWS LOGO);**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**(6) 1,475,795 ("POWERPOINT");**

**(7) 1,741,086 ("MICROSOFT ACCESS");**

**(8) 1,592,783 ("BOOKSHELF");**

**(9) 1,982,562 ("PUZZLE PIECE LOGO");**

**(10) 2,188,125 ("OUTLOOK");**

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration Nos.:

**(1) TX 4 649-511 ("Windows 95");**

**(2) TX 4-395-984 ("Office Pro 97")**

**(3) TX 4-395-639 ("Access 97")**

**(4) TX 4-395-640 ("Excel 97");**

**(5) TX 4-395-686 ("Outlook 97");**

**(6) TX 4-395-685 ("PowerPoint")**

**(7) TX 4-395-687 ("Word 97");**

**(8) TX 4-687-920 ("Windows 98");**

**(9) TX 4-905-936 ("Office 2000 Professional");**

**(10) TX 4-905-950 ("Access 2000");**

**(11) TX 4-905-949 ("Excel 2000");**

**(12) TX 4-906-019 ("Outlook 2000");**

**(13) TX 4-905-952 ("PowerPoint 2000");**

**(14) TX 4-905-937 ("Publisher 2000"); and**

**(15) TX 4-905-951 ("Word 2000");**

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO STIPULATED.**

DATED: 09/04, 2002

ABBAI COMPUTER SERVICES, INC.

By: Negatu Mekuria

DATED: 09/04, 2002

NEGATU MEKURIA

Negatu Mekuria
Negatu Mekuria

DATED: 9 11, 2002

MICROSOFT CORPORATION, a Washington corporation

Janice Block
By: Janice Block

Approved as to form:

Dated: 9/9, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd
Felicia J. Boyd, # 186168
Kara L. Benson, # 248290

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Dated: Sept. 4, 2002

PATTERSON, THUENTE, SKARR & CHRISTENSEN P.A.

By Thomas Dickson
Thomas Dickson #245410

4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-3004

Attorney for Defendants
ABBAI COMPUTER SERVICES, INC. and
Negatu Mekuria

M2:20476122.01

**ORDER**

**IT IS SO ORDERED.**

DATED: 10/2/02

**David S. Doty**
UNITED STATES DISTRICT COURT JUDGE